IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG SCOTT and JIM BURNHAM, Trustees of Asbestos Workers Local Union No. 2 Welfare Fund, PAT BYRNE and STEVE CHESNEY, Trustees of Asbestos Workers Local Union No. 2 Pension and Annuity Funds, and TIM BURNHAM, Trustees of Local Union No. 2 Joint Apprenticeship Program, <br><br>Plaintiffs <br><br>vs. <br><br>ALLEGHENY INSULATION CO., INC., <br><br>Defendant | Case No. 2:07-cv-00297 <br><br> HONORABLE GARY L. LANCASTER |

**ORDER OF COURT**

AND NOW, this 14th day of August 2007, after consideration of the within Stipulation for Extension of Time, it is hereby ORDERED, ADJUDGED AND DECREED that the date for Defendant, Allegheny Insulation Co., Inc. to answer Plaintiffs' Complaint is extended until September 3, 2007.

_____
Honorable Gary L. Lancaster
United States District Judge

LIT:424206-1 009290-009124