696590.1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GREG SCOTT and JIM BURNHAM, Trustees of Asbestos Workers Local Union No. 2 Welfare Fund, PAT BYRNE and STEVE CHESNEY, Trustees of Asbestos Workers Local Union No. 2 Pension and Annuity Funds, and TIM BURNHAM, Trustees of Local Union No. 2 Joint Apprenticeship Program<br><br>Plaintiffs,<br><br>vs.<br><br>ALLEGHENY INSULATION CO., INC.,<br><br>Defendant. | Civil Action No. 07-0297<br><br>HONORABLE GARY L. LANCASTER |

## CONSENT JUDGMENT

AND NOW, this __6th__ day of September, 2007, the Parties hereby stipulate to the entry of Judgment in favor of Plaintiffs and against Defendant in the amount of $50,000.00. Defendant agrees to pay to the Plaintiffs the following:

> On or before September 30, 2007, $5,251.00;
> On or before October 31, 2007, $5,251.00;
> On or before November 30, 2007, $5,251.00;
> On or before December 31, 2007, $5,251.00;
> On or before January 31, 2008, $5,252.00; and
> On or before February 28, 2008, $5,252.00.

696590.1

If Defendant makes all payments in accordance with the above schedule and if it pays all current contributions due and owing to the Plaintiffs in a timely manner, Plaintiffs agree not to execute on this Judgment and upon completion of the payments outlined in this schedule and the payment of current contributions through February 28, 2008, Plaintiffs will satisfy the Judgment.  If however, Defendant fails to make any payment listed in the preceding paragraph or fails to make timely current contributions and to file current contribution reports during the payment periods described above, Defendant will be in default of this Consent Judgment.  If Defendant fails to cure the default, including any interest or liquidated damages resulting from a default on the payment of contributions to the Funds within thirty (30) days from the date that Defendant receives written notice of the Default, Plaintiffs will be entitled to execute upon the full amount of the Judgment.

696590.1

| | |
|---|---|
| MEYER, UNKOVIC & SCOTT LLP | TUCKER ARNESBERG |
| By: s/Benjamin D. Kerr<br>    Benjamin D. Kerr, Esq.<br><br>    s/Joseph A. Vater, Jr.<br>    Joseph A. Vater, Jr., Esq.<br>    Meyer, Unkovic & Scott LLP<br>    1300 Oliver Building<br>    Pittsburgh, PA 15222<br>    (412) 456-2800<br><br>ATTORNEYS FOR PLAINTIFFS | By: s/Gary Hunt, Esquire<br>    Gary P. Hunt, Esquire<br>    Tucker Arnesberg<br>    1500 One PPG Place<br>    Pittsburgh, PA 15222-5401<br>    412) 566-1212<br>    Fax: (412) 594-5619<br><br>ATTORNEY FOR DEFENDANT |

BY THE COURT

_____ J.
The Honorable Gary L. Lancaster